The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. SCHMIDT; SUFIAN HAMAD; RIVERTON HOLDING, LLC;  and KING COUNTY, <br><br> Defendants. | Case No. 2:16-cv-00985-RSL <br><br> **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME ON EXPERT WITNESS REPORT DEADLINE** |

Having read and considered the United States' Motion for Extension of Time on Expert Witness Report Deadline, and for good cause shown, the Court hereby GRANTS the United States' motion and ORDERS that the deadline for reports from expert witnesses under Fed. R.

///

///

///

Order Granting U.S.' Motion for
Extension of Time on Expert Witness Report
Deadline
(Case No. 2:16-cv-00985-RSL)

1

1   Civ. P. 26(a)(2) is extended from July 12, 2017 to August 2, 2017.

2

3            Dated this 24th day of July, 2017.

4

5                                        /s/ Robert S. Lasnik
                                         Robert S. Lasnik
6                                        United States District Judge

Order Granting U.S.' Motion for
Extension of Time on Expert Witness Report
Deadline
(Case No. 2:16-cv-00985-RSL)

2