UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. SCHMIDT, et al.,<br><br>Defendants. | Case No. C16-985RSL<br><br>ORDER |

On November 14, 2017, this Court issued an Order Awarding Fees in the above-captioned matter. The order was mailed to defendant Schmidt, but was returned unopened on November 30, 2017.

The Clerk of Court is directed to resend the Order Awarding Fees, Dkt. # 61 to Mr. William P. Schmidt at the following addresses:

12924 E Marginal Way S.
Tukwila, WA 98168

4010 S. 130th Street, Apt. A
Tukwila, WA 98168

eisenwerk@msn.com

DATED this 12th day of December, 2017.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER